OPINION — AG — 19 O.S. 1979 Supp., 553 [19-553] ET SEQ. REQUIRES THE " RETIREMENT " AND THE RECEIPT OF RETIREMENT PAYMENTS PURSUANT TO OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM ACT (74 O.S. 1971 901 [74-901]) OR COUNTY EMPLOYEE'S RETIREMENT SYSTEM (19 O.S. 1980 Supp., 951 [19-951]) BEFORE A SHERIFF OR DEPUTY IS ELIGIBLE TO BEAR ARMS OR FOR OTHER BENEFITS THEREUNDER. CITE: 19 O.S. 1979 Supp., 553 [19-553], 19 O.S. 1980 Supp., 951 [19-951], 19 O.S. 1980 Supp., 956 [19-956] [19-956], 74 O.S. 1971 913 [74-913] (COUNTY OFFICERS, SHERIFF) (WILLIAM ROY HOLTON JR)